AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA
v.
BRENT TERRY

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 1:06-CR-91
USM No. 04394-061
William R. Gallagher, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) Spec. 3, 4, 6, 7 of the term of supervision.
☐ was found in violation of condition(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Operating a Personal Computer Without Permission | |
| Two | Accessing the Internet With a Computer | |
| Three | Accessing Internet Chatrooms | |
| Four | Possessing Child Pornography | |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2083

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:
Cincinnati, Ohio

07/19/2016
Date of Imposition of Judgment

[signature]
Signature of Judge

Sandra S. Beckwith Senior Judge
Name and Title of Judge

07/19/2016
Date

DEFENDANT: BRENT TERRY
CASE NUMBER: 1:06-CR-91

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

SIXTY (60) MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .

☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ____________ .

☑ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________ to ____________

at ____________ with a certified copy of this judgment.

____________
UNITED STATES MARSHAL

By ____________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: BRENT TERRY
CASE NUMBER: 1:06-CR-91

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

LIFE

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☑ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: BRENT TERRY
CASE NUMBER: 1:06-CR-91

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The Defendant shall pay any unpaid balance of the fine. The Defendant shall provide all financial information requested by the probation officer. The Defendant shall not open any new lines of credit or make purchases on existing lines of credit without the probation officer's prior approval until the fine is paid in full.

2. The Defendant shall under go a pyschological evaluation and participate in mental health treatment as specified by the probation officer.

3.The Defendant shall not directly or indirectly access any computer on-line service to the internet or worldwide web, Internet Relay Chat or on-line file archives (such as FTP), unless such access is required for an accredited educational class or to perform an employment responsibility (not including, however, self-employment).

4. The Defendant shall not access "chat room" or on-line bulletin boards unless such access is required for legal research, outside employment, or class assignment in an accredited educational institution.

5. The Defendant shall not send or receive typed messages with attached electronic files or images imbedded in the body of the message.

6. The Defendant shall not operate a personal computer without the permission of the probation officer, except for legal research, outside employment, or an express class assignment in an accredited educational institution.

7. The Defendant shall abandon all pornographic materials of any kind and all photographs of minors except for photos of fully-clothed family members.

8. The Defendant shall comply with all state sex offender registration and reporting requirements.