# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

          Plaintiff,     :     Case No. 1:06-cr-00091

                                    Civil Case No. 1:20-cv-00424

                                    District Judge Susan J. Dlott
- vs -                         Magistrate Judge Michael R. Merz

BRENT TERRY,

          Defendant.     :

## DISMISSAL ORDER

      This case is pending on a Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 61). District Judge Dlott has, with the consent of the United States, terminated Defendant's supervised release (ECF No. 77). Defendant has moved to voluntarily dismiss the Motion to Vacate because termination of supervised release renders the Motion to Vacate moot from his perspective (ECF No. 76).

      The Motion to Dismiss voluntarily is GRANTED. The Clerk shall enter judgment dismissing the Motion to Vacate with prejudice and dismissing the above-numbered civil case. June 27, 2024.

                                                      s/ *Michael R. Merz*
                                                United States Magistrate Judge